

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Apr 22 2024

ARTHUR JOHNSTON, CLERK

By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:24-cr-40-DPJ-LGI

JARVIS JERMAINE HAMPTON

### MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date: April 22, 2024

Respectfully submitted,

TODD W. GEE
United States Attorney

By:     *s/Samuel Goff*
        Samuel Goff
        Assistant United States Attorney
        BAR # 105183
        501 E. Court Street, Suite 4.430
        Jackson, Mississippi 39201
        (601)965-4480
        samuel.goff@usdoj.gov