Date: ~~letter to the court~~

I Jarvis Jermaine Hampton Jr. would like to accept the responsibilitys to the crimes I have committed. I also would like to say sorry to my community and also to the court. I had a ruff past in foster care getting kicked out going from house to house cause I had no money to help out on bills. Having no where to sleep. Having to sleep inside ~~abbened~~ vacantes and cars. also going with lil food to eat to no food. I'm here to say honstly I'm not hear to dodge a prison sentects maybe I can get over there a learn something also pick up a ~~the~~ trade so I can make money and also rasie me a family and kids the right way. I understand the things I was doing was wrong and I'm not hear to my excuse sometimes my hand was forced I was tired of getting kicked out and put out on the street. Maybe this is a blessing

for me. I could've got hurt or maybe something worser than this. I was trying to get away from the life I was living cause I wanted better for my self cause I knew I could do better. I also wanna thank the court for saving me from the street that had no love for me. I don't wanna fight Judge. But I ask you to please don't sentece my away from my family for a long time I would like to plea out to you and the Prosecutor so I could put this behind me and start a new life on a betta path I wanna get with you as soon as possible so I can put this behind me. I would like to say thanks you have a blessed day  Respectfully submitted

× Jarvis Hampton Jr.